NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

|                                   |   |                        |
|-----------------------------------|---|------------------------|
| MARIANNE H. ENGLE,                | ) |                        |
|                                   | ) |                        |
| Appellant,                        | ) |                        |
|                                   | ) |                        |
| v.                                | ) | Case No. 2D17-5134     |
|                                   | ) |                        |
| HENRY CHARLES MORRILL,            | ) |                        |
|                                   | ) |                        |
| Appellee.                         | ) |                        |
| _____ | ) |                        |

Opinion filed November 7, 2018.

Appeal from the Circuit Court for Pinellas
County; Thane B. Covert, Judge.

Marianne H. Engle, pro se.

No appearance for Appellee.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and NORTHCUTT and ROTHSTEIN-YOUAKIM, JJ., Concur.